1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    RUSSELL M. HARRIS,                          Case No. 1:13-cv-01104 DLB PC

12              Plaintiff,                        ORDER REQUIRING PLAINTIFF TO FILE
                                                  APPLICATION TO PROCEED IN FORMA
13         v.                                     PAUPERIS OR PAY FILING FEE WITHIN
                                                  FORTY-FIVE DAYS
14    STEPHEN HITCHMAN, et al.,

15              Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. §

18    1983 on July 18, 2013.  Plaintiff filed a motion seeking leave to proceed in forma pauperis on

19    August 12, 2013, but the form application he submitted lacks the requisite authorization for the

20    deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

21         Accordingly, IT IS HEREBY ORDERED that:

22         1.      Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file

23    the attached application to proceed in forma pauperis, completed and signed, or in the alternative,

24    pay the $400.00 filing fee for this action;

25         2.      **No extension of time will be granted without a showing of good cause**; and

26

27

28

                                                    1

3.      **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   __**August 19, 2013**__                    _____ /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE